UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>Herbert L. Whitehead, III,<br><br>Debtor. | Case No. 22-40098-BDL |
| Kenneth Wren and Alice Wren, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>Herbert L. Whitehead, III, individually; and the marital community of Herbert L. Whitehead, III and Jennifer L. Whitehead,<br><br>Defendant. | Adversary No. 22-04011-BDL<br><br>**Judgment** |

      The Court held trial between March 20, 2023 and April 3, 2023. On May 19, 2023, the Court entered its Findings of Fact and Conclusions of Law. ECF No. 118.

      Based upon the Court's Findings of Fact and Conclusions of Law, it is hereby ORDERED:

— 1 —

JUDGMENT

1. Plaintiffs are granted relief from stay to seek recovery or replevin of the 2005 Harley, 2008 Harley, 2007 Skidoo, 2008 Jeep Wrangler, and the proceeds from sale of the 2007 GMC Yukon. Defendant should make those vehicles available for recovery by Plaintiffs. Plaintiffs' right to seek recovery or replevin of the 2005 Harley, 2008 Harley, 2007 Skidoo, 2008 Jeep Wrangler, and 2007 GMC Yukon does not constitute a nondischargeable debt.

2. Plaintiffs are awarded a nondischargeable judgment of $26,153.00 for cash that Defendant fraudulently appropriated, willfully and maliciously converted, and embezzled from Stanford and Sons, LLC in connection with the Canadian Car Purchases.

3. Plaintiffs are entitled to a dischargeable $88,000.00 claim against Defendant's bankruptcy estate for Defendant's conversion of the Boat, Truck, and Trailer. Plaintiffs' claim for Defendant's conversion of the Boat, Truck, and Trailer is subject to offset to the extent of their recovery of that property and their recovery from the Pierce County Superior Court Gage Whitehead Judgment.

4. The remainder of Plaintiffs' claims are dismissed.

///End of Judgment///