Assigned to: Hon. BRIAN D. LYNCH

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>HERBERT L. WHITEHEAD, III,<br><br>Debtor.<br><br>KENNETH WREN and ALICE WREN, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>HERBERT L. WHITEHEAD III, individually; and the marital community of HERBERT L. WHITEHEAD III and JENNIFER L. WHITEHEAD;<br><br>Defendants. | Main Case: 22-40098-BDL<br>Chapter 11 proceeding<br><br>Adversary Case No. 22-04011-BDL<br><br>**PARTIAL SATISFACTION OF JUDGMENT AGAINST HERBERT L. WHITEHEAD III** |

The Clerk is instructed to enter a PARTIAL Satisfaction of the Judgment entered against Defendant Herbert L. Whitehead III at Docker 119, ¶3, for $88,000 in favor of Judgment Creditor KENNETH and ALICE WREN, husband and wife, with respect to the conversion of the Boat, Truck and Trailer.

**PARTIAL SATISFACTION OF JUDGMENT - 1**
Adversary Case No. 22-04011-BDL

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

The Judgment Creditor's Attorney, William A. Kinsel, of Kinsel Law Offices, acknowledges receipt of partial satisfaction of the judgment in said amount entered against HERBERT L. WHITEHEAD III with respect only to ¶3 of the Judgment. The Judgment Creditor accordingly authorizes the Clerk of the above-entitled Court to enter a partial satisfaction of judgment in the stated amount, only with respect to the relief granted in said ¶3. All remaining money amounts and personal property items remain unsatisfied.

Amount or Type of Satisfaction: Partial Payment of $88,000.00.

DATED this 20th day of June, 2023.

KINSEL LAW OFFICES

William A. Kinsel, WSBA #18077
Attorney for Plaintiffs Wren

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

I certify that I know or have satisfactory evidence that WILLIAM A. KINSEL signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 20th June, 2023.

Notary Public in and for the State of Washington
Residing at Yarrow Point
My Commission Expires: February 20, 2024

344p.doc

> Notary Public
> State of Washington
> LORI J PETERS
> LICENSE # 76911
> MY COMMISSION EXPIRES
> FEBRUARY 20, 2024

PARTIAL SATISFACTION OF JUDGMENT - 2
Adversary Case No. 22-04011-BDL

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148